UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BROWN MEARNS,

        Plaintiff,

  v.

MARION SPEARMAN,

        Defendant.

                              /

No. C 13-4054 EDL (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, this case is dismissed for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: March 13, 2014.

                                    ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Mearns4054.jud.wpd